1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANGELO J. ANDREWS,                      No.  2:25-cv-1903-SCR

12                  Petitioner,

13          v.                               ORDER AND

14   SACRAMENTO SHERIFF COUNTY               FINDINGS AND RECOMMENDATIONS
     JAIL,
15
                   Respondent.
16

17

18          By an order filed July 14, 2025, petitioner was ordered to file an in forma pauperis

19   affidavit or to pay the appropriate filing fee, within thirty days, or his habeas application would be

20   dismissed.  The thirty day period has now expired, and petitioner has not responded to the court's

21   order, has not filed an in forma pauperis affidavit, and has not paid the appropriate filing fee.

22          Accordingly, IT IS HEREBY ORDERED that the Clerk of Court randomly assign this

23   matter to a district court judge.

24          IT IS FURHTER RECOMMENDED that this action be dismissed without prejudice.

25          These findings and recommendations are submitted to the United States District Judge

26   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty one days

27   after being served with these findings and recommendations, petitioner may file written

28   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

                                               1

1    Findings and Recommendations."  Petitioner is advised that failure to file objections within the

2    specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

3    F.2d 1153 (9th Cir. 1991).

4    DATED: September 3, 2025

5

6                                                            SEAN C. RIORDAN
                                                             UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28