1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANGELO J. ANDREWS,                              No. 2:25-cv-01903-DC-SCR (HC)

12                       Petitioner,

13          v.                                         ORDER ADOPTING FINDINGS AND
                                                       RECOMMENDATIONS
14    SACRAMENTO SHERIFF COUNTY
      JAIL,                                            (Doc. No. 4)
15
                       Respondent.
16

17

18          Petitioner Angelo J. Andrews, a county jail inmate proceeding *pro se*, has filed an

19    application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a

20    United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21          On September 3, 2025, the magistrate judge filed findings and recommendations, which

22    were served on Petitioner and contained notice to Petitioner that any objections to the findings

23    and recommendations were to be filed within twenty-one (21) days. (Doc. No. 4.) Petitioner has

24    not filed objections to the findings and recommendations, and the time to do so has passed.

25          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

26    *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the

27    findings and recommendations are supported by the record and by proper analysis.

28          Having concluded that the pending petition must be dismissed, the court also declines to

1

issue a certificate of appealability. A petitioner seeking writ of habeas corpus has no absolute

right to appeal; he may appeal only in limited circumstances. *See* 28 U.S.C. § 2253; *Miller-El v.*

*Cockrell*, 537 U.S. 322, 335–36 (2003). If a court denies a petitioner's petition, the court may only

issue a certificate of appealability when a petitioner makes a substantial showing of the denial of

a constitutional right. 28 U.S.C. § 2253(c)(2). Where, as here, the court denies habeas relief on

procedural grounds without reaching the underlying constitutional claims, the court should issue a

certificate of appealability if "jurists of reason would find it debatable whether the petition states

a valid claim of the denial of a constitutional right and that jurists of reason would find it

debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529

U.S. 473, 484 (2000). In the present case, the court finds that reasonable jurists would not find the

court's determination that the pending petition must be dismissed to be debatable or wrong. Thus,

the court declines to issue a certificate of appealability.

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations filed on September 3, 2025 (Doc. No. 4) are
      ADOPTED IN FULL;

2.    This action is dismissed without prejudice;

3.    The court declines to issue a certificate of appealability; and

4.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  __**December 10, 2025**__

Dena Coggins
United States District Judge